JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEE DE PRIEST,<br><br>　　　　Petitioner,<br><br>v.<br><br>CHANCE ANDES,[1] Acting Warden,<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. CV 07-06025 JLS<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT OF DISMISSAL** |

---

[1] Chance Andes is substituted for his predecessors as Acting Warden of San Quentin State Prison pursuant to Federal Rule of Civil Procedure 25(d).

1

     Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds there is no reason for delaying the entry of final judgment with respect the present Petition for Writ of Habeas Corpus.  Accordingly, after the consideration of the merits of all of Petitioner's claims as set forth in the Court's currently filed Order Denying Amended Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus (Dkt. No. 64) is DENIED, no relief is granted, no certificate of appealability shall issue, and the case is DISMISSED.

Date:  March 15, 2024

_____
Hon. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE